# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | North Shore Gas | 11/29/2022 | 266308 | Check | $ 462.55 |
| Akorn Operating Company, LLC | North Shore Gas | 12/13/2022 | 266436 | Check | $ 3,100.88 |
| Akorn Operating Company, LLC | North Shore Gas | 1/6/2023 | 266880 | Check | $ 7,160.62 |
| Akorn Operating Company, LLC | North Shore Gas | 2/7/2023 | 267127 | Check | $ 1,894.13 |
| Akorn Operating Company, LLC | North Shore Gas | 2/10/2023 | 267198 | Check | $ 6,473.93 |
| | | | | | $ 19,092.11 |