# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** <br> Akorn Holding Company LLC <br>     Debtor | Bankruptcy Case No.: 23−10253−KBO <br><br> Bankruptcy Chapter: 7 |
| George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. <br><br>     Plaintiff <br><br> vs. <br><br> North Shore Gas <br><br>     Defendant(s) | Adv. Proc. No.: 25−50300−KBO |

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: North Shore Gas

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

                                                    Stephen L Grant, Clerk of Court

Date: 8/28/25                                              By: Kimberly Ross, Deputy Clerk

(VAN−431)