UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Akorn Holding Company LLC, et al
                Reorganized Debtors.[1]

Chapter: 7

Case No. 23-10253 (KBO)

(Jointly Administered)

RECEIVED
2025 SEP -2 A 10: 21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,

                Plaintiff,

v.

NORTH SHORE GAS,

                Defendant.

Adv. Pro. No. 25-50300 (KBO)

## NOTICE OF RETAINER

PLEASE TAKE NOTICE that the undersigned has been retained by North Shore Gas and appears for the defendant in the above-entitled action and demands that copies of all pleadings served on the undersigned.

Dated: August 29, 2025

STUPAR & BARTELL, S.C.
Attorneys for Plaintiff

By: <u>Electronically signed by Thomas M. Bartell, Jr.</u>
Thomas M. Bartell, Jr.
State Bar No. 1024230
Tbartell@ssblawsc.com

Post Office Address:
633 West Wisconsin Avenue, #1800
Milwaukee, WI 53203
(414) 271-8833

---

[1]The Debtor in this chapter 7 case, along with the last four digits of the Debtor's social security or federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located in 5605 CenterPoint Court, Gurnee, Illinois 60031.